Case 2:16-mj-01545 Document 4 Filed in TXSD on 12/22/16 Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
December 22, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | Magistrate Judge No. 2:16-MJ-01545-1 |
| | § | |
| ALAN DANERI AMAYA-LOPEZ | § | |

**MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL**

A detention hearing has been held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f). The following requires detention of the Defendant pending trial in this case:

(1) There is a serious risk that the Defendant will not appear; and

(2) There is a serious risk that the Defendant will endanger the safety of another person or the community.

The evidence against the Defendant is substantial. He has had several prior removals and has a conviction for illegal re-entry after deportation. The findings and conclusions contained in the Pretrial Services Report are adopted. The Defendant has no status to live, work, or stay in the United States. He is a poor bond risk.

The Defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request

of an attorney for the Government, the person in charge of the corrections facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

    ORDERED this 22nd day of December, 2016.

                                                    _____
                                                    B. JANICE ELLINGTON
                                                    UNITED STATES MAGISTRATE JUDGE